IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>HERIBERTO OFRAY-CAMPOS<br>aka "Eric el Tapicero" [05],<br><br>**Defendant.** | CRIMINAL NO. 02-393-05 (PG) |

**MOTION FOR CANCELLATION OF CAUTIONARY NOTICE**

TO THE HONORABLE COURT:

Plaintiff, United States of America, by its undersigned attorneys moves the Court for an order for the cancellation of cautionary notice on the following real property:

**Real Estate Property # 9950:**

URBANA: Solar #106 de la Urbanización Jardines de Salinas del término municipal de Sa linas, Puerto Rico, con una cabida superficial de 300.00metros cuadrados, equivalentes a 0.0763 cuerdas; en lindes por el NORTE, con una distancia de 13.48 metros lineales con la Calle denominada F; por el SUR, con una distancia de 13.48 metros lineales con los solares denominados #96 y #97; por el ESTE, con una distancia de 22.25 metros lineales con el solar denominado #104; por el OESTE, con una distancia de 22.25 metros lineales, con el solar denominado #108.

Enclava: Una casa terrera en hormigón de 3 dormitorios, 2 baños, sala comedor, cocina, balcón y marquesina.

FINCA # 9950, inscrita al folio 247 del tomo 247 de Salinas, inscripción 1ra (Sección de Guayama).

REGISTERED OWNER: HERIBERTO OFRAY-CAMPOS.

WHEREFORE, it is respectfully requested from this Honorable Court to enter an order instructing the Property Registrar of Guayama, of the Registry of Property of the Commonwealth of

<u>CRIMINAL NO. 02-393-05 (PG)</u>                                                                                      2

Puerto Rico to cancel the cautionary notice on the above described property and instruct The Clerk of the Court to send **certified copies** of the order to Miguel A. Fernández, Chief of the Civil Division, Assistant U.S. Attorney and the United States Marshals Service.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which automatically gives notice to all appearing parties.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 23 day of February, 2010.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney


*/s/ Miguel A. Fernández*
**Miguel A. Fernández**
Chief, Civil Division
Assistant U.S. Attorney
USDC # 125106
# 350 Carlos Chardón St.
1201 Torre Chardón Building
Hato Rey, Puerto Rico  00918
Tel. (787) 766-5656
miguel.fernandez@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>HERIBERTO OFRAY-CAMPOS<br>aka "Eric el Tapicero" [05],<br><br>**Defendant.** | CRIMINAL NO. 02-393-05 (PG) |

**ORDER**

Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that the Property Registrar of Guayama, Registry of Property of the Commonwealth of Puerto Rico, cancel the following Cautionary Notice from the records of the Registry the real property herein described:

> **Real Estate Property # 9950:**
>
> URBANA: Solar #106 de la Urbanización Jardines de Salinas del término municipal de Sa linas, Puerto Rico, con una cabida superficial de 300.00metros cuadrados, equivalentes a 0.0763 cuerdas; en lindes por el NORTE, con una distancia de 13.48 metros lineales con la Calle denominada F; por el SUR, con una distancia de 13.48 metros lineales con los solares denominados #96 y #97; por el ESTE, con una distancia de 22.25 metros lineales con el solar denominado #104; por el OESTE, con una distancia de 22.25 metros lineales, con el solar denominado #108.
>
> Enclava: Una casa terrera en hormigón de 3 dormitorios, 2 baños, sala comedor, cocina, balcón y marquesina.

FINCA # 9950, inscrita al folio 247 del tomo 247 de Salinas, inscripción 1ra (Sección de Guayama).

REGISTERED OWNER: HERIBERTO OFRAY-CAMPOS.

CRIMINAL NO. 02-393-05 (PG) 2

The Clerk is hereby directed to send certified copies of this Order to Miguel A. Fernández, Chief of the Civil Division, Assistant U.S. Attorney, 350 Carlos Chardón Street, Torre Chardón, Suite 1201, Hato Rey, Puerto Rico 00918..

**IT IS SO ORDERED.**

San Juan, Puerto Rico, _____, 2010.

_____
JUAN M. PÉREZ-GIMÉNEZ
UNITED STATES DISTRICT JUDGE