IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERIBERTO OFRAY,
        Petitioner,

vs.

        Docket No.: 09-2190
                    02-393

UNITED STATES OF AMERICA,
        Respondent.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner Heriberto Ofray with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order entered on February 9, 2010 denying the motion for new trial.

Done this ____, day of February 2010

        Respectfully submitted,

        _____
        Heriberto Ofray-Campos
        Reg. 23519-069
        FCI Fort Dix
        P.O. Box 2000
        Fort Dix, NJ  08640

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY that a true and correct copy of the Notice of Appeal prepared with the assistance of counsel was mailed to: United States Attorneys Office, Chardon Office Tower Suite # 1201, 350 Carlos Chardon Avenue, San Juan, PR 00918 sufficient First Class Postage.

Done this ____, day of February 2010

Respectfully submitted,

_____
Heriberto Ofray-Campos
Reg. 23519-069
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ  08640

Print postage online - Go to usps.com/postageonline

POSTAGE REQUIRED.

 Recycled Paper

PLEASE PRESS FIRMLY     PLEASE PRESS FIRMLY



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope
For I
Visit





$004.90
MAILED FROM ZIP CODE 33176

**INTERNATIONAL RESTRICTIONS:**
**LIMITATIONS ON CONTENT:**
When using Priority Mail, restrictions apply for cash or cash equivalents and hazardous materials may be prohibited.

**WHEN USED INTERNATIONALLY 4 POUND WEIGHT LIMIT APPLIES.**
Additional country-specific prohibitions/restrictions may apply. See International Mail Manual (IMM) country pages for details.

**CUSTOMS:**
For international use affix customs declaration PS Form 2976.

From:/Expéd:
HERIBERTO OFRAY-CAMPOS
REG # 23519-069
FCI FORT DIX
P.O. BOX 2000
FORT DIX, N.J. 08640

CLEMENTE RUIZ-NAZARIO U.S. COURTHOUSE
& FEDERICO DEGETAU FEDERAL BUILDING
150 CARLOS CHARDON STREET
HATO REY, P.R. 00918

HOW TO USE:

 **1. Complete Address Area**
Type or Print required return address and addressee information in customer block area or on label.

 **2. Payment Method**
Affix postage or meter strip to area indicated in upper right hand corner.

 **3. Acceptance**
Bring your Flat Rate Priority Mail envelope to a Post Office, or to schedule pickup of your postage paid envelopes visit us at usps.com/pickup.

Country of Destination:/Pays de destination:

Cradle to Cradle Certification is awarded to products that pursue

